IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RAMONA WILLIAMS,

    Plaintiff,

v.                                               Civil Action No. 3:09CV115

OFFICER LISA BURGESS, et al.,

    Defendants.

## MEMORANDUM OPINION

Ramona Williams, a former federal inmate proceeding in forma pauperis, brings this civil rights action. By Memorandum Opinion and Order entered on May 13, 2010, the Court dismissed the action without prejudice because Williams had not adequately pled a claim for relief against any defendant. On June 1, 2010, Williams filed a notice of appeal and motion for reconsideration of the May 13, 2010 Memorandum Opinion and Order.

"[R]econsideration of a judgment after its entry is an extraordinary remedy which should be used sparingly." Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998)(internal quotation marks omitted). Relief under Rule 59(e) is appropriate "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993) (citing Weyerhaeuser Corp. v. Koppers Co., 771 F. Supp. 1406, 1419 (D. Md. 1991); Atkins v. Marathon LeTourneau Co., 130 F.R.D. 625, 626 (S.D. Miss. 1990)). Williams's terse motion fails to

implicate any of the above grounds for Rule 59(e) relief. Accordingly, Williams's motion for reconsideration (Docket No. 22) will be DENIED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Williams.

An appropriate Order will issue.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: June 11, 2010
Richmond, Virginia